AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 24, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOHN-MICHAEL RAY DURHAM,<br>*Plaintiff*<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE, OFFICE OF THE INSPECTOR GENERAL – DOJ, OFFICE OF THE INSPECTOR GENERAL – HHS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNNAMED FEDERAL OFFICIALS, THE FEDERAL BUREAU OF INVESTIGATION, STATE OF WASHINGTON DEFENDANTS.<br>*Defendant* | Civil Action No.  2:25-CV-00298-RLP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Mr. Durham's motions for an injunction pending appeal, ECF No. 29, and to proceed on appeal in forma pauperis, ECF No. 35, are DENIED; Defendants CJC and Ariele Landstrom's Motion to Dismiss and for Pre-Filing Litigation Order, ECF No. 43, is GRANTED IN PART AND HELD IN ABEYANCE IN PART; Motion to Quash Subpoena for Spokane County Superior Court Judge Beggs, ECF No. 45, is GRANTED; All claims against Defendants are DISMISSED with prejudice; Judgment entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rebecca L. Pennell


Date:  September 24, 2025

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore